IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| MATTHEW S. BECKER | : CIVIL ACTION |
|---|---|
| v. | : NO. 19-1032 |
| JOHN E. WETZEL | : |

## ORDER

**AND NOW**, this 12th day of August 2020, upon extensive review of the amended Petition for writ of habeas corpus (ECF Doc. No. 4) which we returned to our docket earlier this summer (ECF Doc. No. 18), the Commonwealth's Response (ECF Doc. No. 12), the Petitioner's Reply (ECF Doc. No. 17), upon review of records, and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. We **DENY** the amended Petition for writ of habeas corpus (ECF Doc. No. 4) with prejudice;

2. We **DENY** a certificate of appealability;[1] and,

3. The Clerk of Court shall **close** this case.

KEARNEY, J.

---

[1] See 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).